**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**DEC 19 2002**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

CONRAD J. BRAUN,

      Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA; N.
L. CONNER, Warden; and JOHN
HUNT, Unit Manager,

      Defendants-Appellees.

No. 02-3252

(D.C. No. 00-CV-3487-GTV)

(D. Kansas)

---

**ORDER AND JUDGMENT**[*]

---

Before **KELLY**, **McKAY**, and **MURPHY**, Circuit Judges.

---

After examining Appellant's brief and the appellate record, this panel has

determined unanimously that oral argument would not materially assist the

determination of this appeal. See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).

The case is therefore ordered submitted without oral argument.

This is a pro se federal prisoner civil rights appeal. Before reaching the

merits of Appellant's complaint, the district court found that he was a prisoner

---

[*]This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel. The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

with three strikes and no showing of imminent danger. Consequently, the court denied Appellant's motion for leave to proceed *in forma pauperis* and directed him to pay the full district court filing fee. 28 U.S.C. § 1915(g) (2002) (prisoner with "3-strike" filing history and no showing of imminent danger must pay full filing fee in any civil action or appeal). The court then dismissed Appellant's appeal for lack of prosecution. Appellant then filed a motion in the district court for leave to proceed *ifp nunc pro tunc*, asserting that § 1915(g) no longer prevented him from proceeding *ifp* because he had been released from confinement. The district court liberally construed the filing as a motion for relief from final judgment and denied relief. Mr. Braun appeals to this court.

Appellant does not contest that when he filed his complaint with the district court, he was a prisoner subject to § 1915(g)'s filing restrictions. We agree with the district court that "[t]he fact that plaintiff was subsequently released does not relieve him of the restriction imposed under § 1915(g) at that time[] and provides no basis for granting plaintiff relief from the final judgment entered in this action." District Court Order at 2.

The decision of the trial court is **AFFIRMED**. We remind Appellant that because his motion to proceed without prepayment of the appellate filing fee was granted, he must make partial payments on court fees and costs previously

-2-

assessed until such have been paid in full.

                              Entered for the Court


                              Monroe G. McKay
                              Circuit Judge